UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PROASSURANCE INDEMNITY ) | |
| COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DONALD J. WAGONER, ) | |
| MARILYN L. WAGONER, ) | |
| WAGONER MEDICAL CENTER, LLC, ) | |
| WAGONER MEDICAL CENTER, P.C., ) | |
| D.J. & M.L. WAGONER, INC., ) | No. 1:15-cv-01389-JMS-DKL |
| ROBERT A. BREWER, ) | |
| WILLIAM G. TERPSTRA, ) | |
| GARY M. HARTMAN, ) | |
| THOMAS K. HEWITT, ) | |
| JOHN M. THOMAS, ) | |
| STEPHEN ROBERTSON as the ) | |
| Administrator of the Indiana Patient's ) | |
| Compensation Fund, ) | |
| LINDA S. RICHARDS LPN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| STEPHEN ROBERTSON as the ) | |
| Administrator of the Indiana Patient's ) | |
| Compensation Fund, ) | |
| ) | |
| Cross Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT A. BREWER, ) | |
| D.J. & M.L. WAGONER, INC., ) | |
| GARY M. HARTMAN, ) | |
| THOMAS K. HEWITT, ) | |
| WILLIAM G. TERPSTRA, ) | |
| JOHN M. THOMAS, ) | |
| DONALD J. WAGONER, ) | |
| MARILYN L. WAGONER, ) | |
| WAGONER MEDICAL CENTER, LLC, ) | |

| | |
|---|---|
| WAGONER MEDICAL CENTER, P.C., | ) |
| | ) |
| Cross Defendants. | ) |

## ORDER

On January 19, 2016, the Court held a hearing on Plaintiff's Motion for Default Judgment as to *pro se* Defendant Thomas K. Hewitt. [[Filing No. 59](#).] Plaintiff appeared by counsel Brett Clayton. Mr. Hewitt appeared on his own behalf in person. The other parties were not required to attend. [[Filing No. 65](#).] The Court Reporter was Jean Knepley.

Rule 55 of the Federal Rules of Civil Procedure sets forth a two-step process for a party seeking default judgment. *McCarthy v. Fuller*, 2009 WL 3617740, at *1 (S.D. Ind. 2009); *see also Lowe v. McGraw-Hill Companies, Inc.*, 361 F.3d 335, 339 (7th Cir. 2004) ("The Federal Rules of Civil Procedure make a clear distinction between the entry of default and the entry of a default judgment."). First, the plaintiff must obtain an entry of default from the Clerk. Fed. R. Civ. Pro. 55(a). Second, after obtaining that entry, the plaintiff may seek an entry of default judgment. Fed. R. Civ. Pro. 55(b). The plaintiff "is not permitted to bypass the necessary step of obtaining an entry of default" before seeking an entry of default judgment. *Golub v. United States Secret Serv.*, 2009 U.S. Dist. LEXIS 76756, *2-3 (S.D. Ind. 2009).

Plaintiff confirmed that it has not moved for a Clerk's entry of default pursuant to Federal Rule of Civil Procedure 55(a). Additionally, the Seventh Circuit Court of Appeals has instructed district courts not to enter default judgment against a *pro se* defendant who appeared at a default hearing unless it is clear that the *pro se* defendant has "exhibited a willful refusal to litigate the case properly." *Comerica Bank v. Esposito*, 215 Fed. Appx. 506, 508 (7th Cir. 2007). Although Mr. Hewitt attempted to answer Plaintiff's Complaint by mailing his response to Plaintiff's counsel

instead of filing it with the Court, as he should have done, the Court finds that he has not shown a willful refusal to litigate this case properly.

For these reasons, the Court **DENIED** Plaintiff's Motion for Default Judgment. [Filing No. 59.] The Court **ORDERED** Mr. Hewitt to file an Answer to Plaintiff's Complaint with the Court within **10 days**. Mr. Hewitt was directed to the Clerk's Office for further directions and also may find helpful information on the Court's website at http://www.insd.uscourts.gov/filing-without-attorney. Mr. Hewitt was also cautioned that neither the Court nor the Clerk's office can offer him legal advice should he continue to proceed *pro se*.

As a final matter, the Court notes that although a crossclaim filed in this case references Mr. Hewitt, [Filing No. 54 at 5-6], Mr. Hewitt is not listed on the service distribution list of that filing, [Filing No. 54 at 8]. Federal Rule of Civil Procedure 5(a)(1)(B) provides that a pleading after the original complaint must be served on every party unless the Court has otherwise ruled, which it has not in this case. Thus, the Court directs the Clerk to **REMOVE** Mr. Hewitt as a Crossclaim-Defendant listed on the Court's docket until such time as Crossclaim-Plaintiff Stephen Robertson, Commissioner of the Indiana Department of Insurance and Administrator of the Indiana Patient's Compensation Fund, demonstrates proper service upon Mr. Hewitt. The Court reminds all parties that given Mr. Hewitt's *pro se* status, they are expected to serve him with filings via U.S. Mail at the address listed in the distribution list of this Order. Fed. R. Civ. Pro. 5(b)(2)(C). Mr. Hewitt may consent in writing to service via electronic means if he chooses, but he is under no obligation to do so. Fed. R. Civ. Pro. 5(b)(2)(E).

Date: January 19, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via U.S. Mail:**

THOMAS K. HEWITT
6615 N. Private Road 110W
Brazil, IN 47834

**Electronic Distribution via CM/ECF:**

Douglas Alan Cox
beckermurraycox@yahoo.com

David Charles Jensen
EICHHORN & EICHHORN
djensen@eichhorn-law.com

Michael Roth
EICHHORN & EICHHORN
mroth@eichhorn-law.com

Robert Jon Feldt
EICHHORN & EICHHORN
rfeldt@eichhorn-law.com

Brett T. Clayton
EICHHORN & EICHHORN LLP
bclayton@eichhorn-law.com

Kevin T. McNamara
EICHHORN & EICHHORN LLP
kmcnamara@eichhorn-law.com

Brett Michael Haworth
HENN HAWORTH CUMMINGS
brett.haworth@HHCFirm.com

David M. Henn
HENN LAW FIRM P.C.
david.henn@HHCFirm.com

John R. Terpstra
HINSHAW & CULBERTSON LLP - Schererville
jterpstra@hinshawlaw.com

Kathryn Birks Harvey
HINSHAW & CULBERTSON LLP - Schererville

kharvey@hinshawlaw.com

Edward D. Thomas
LEWIS WAGNER LLP
ethomas@lewiswagner.com

Richard K. Shoultz
LEWIS WAGNER LLP
rshoultz@lewiswagner.com

A. Richard Blaiklock
LEWIS WAGNER, LLP
rblaiklock@lewiswagner.com

Cynthia A. Bedrick
MCNEELY STEPHENSON THOPY & HARROLD
cabedrick@msth.com

Kyle M. Baker
MCNEELY STEPHENSON THOPY & HARROLD
kmbaker@msth.com

Scott Aaron Milkey
MCNEELY STEPHENSON THOPY & HARROLD
scott.a.milkey@msth.com

John Joseph Morse
MORSE LAW FIRM PC
morse@morsebickel.com